law, because a transfer of real estate was involved, and the trustee proceeded upon the theory that a reconveyance might be necessary as a part of the relief. In view of the admissions made by the plaintiff in error, we need not recount the facts. He concedes that in effect a preferential payment of $500 was made, and (in order to avoid further litigation) he also states that he has no objection to a decree being entered for that sum. This relieves us from discussing the case, for we agree that this amount is the proper measure of his liability. We therefore direct that the decree below be so modified as to order James Eagen to pay to the trustee, within a reasonable time to be fixed by the District Court, the sum of $500, with interest from October 18, 1911. And we further direct that the costs of this court be paid by the bankrupt estate, and that the costs below be divided equally between the estate and James Eagen.

---

HERNDON v. CITY OF HENDERSON. (Circuit Court of Appeals, Fifth Circuit. November 13, 1913.) No. 2511. In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge. Action at law by Charles Herndon against the City of Henderson. Judgment for defendant, and plaintiff brings error. Affirmed. Ben B. Cain, of Dallas, Tex., for plaintiff in error. H. B. Marsh, of Tyler, Tex., for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and CALL, District Judge.

PER CURIAM. The trial court correctly ruled that the plaintiff's claim in this case was barred by the ten-year statute of limitations. Judgment affirmed.

---

HERNDON v. CITY OF HENDERSON. (Circuit Court of Appeals, Fifth Circuit. December 1, 1913.) No. 2512. Appeal from the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge. Suit in equity by Charles Herndon against the City of Henderson. Decree for defendant, and complainant appeals. Affirmed. Ben B. Cain, of Dallas, Tex., for appellant. H. B. Marsh, of Tyler, Tex., for appellee. Before PARDEE and SHELBY, Circuit Judges, and CALL, District Judge.

PER CURIAM. The bill in this case was without equity and properly dismissed. Affirmed.

---

ILLINOIS CENT. R. CO. v. COMFORT. (Circuit Court of Appeals, Fifth Circuit. October 6, 1913.) No. 2459. In Error to the District Court of the United States for the Northern District of Mississippi; Henry C. Niles, Judge. Action at law by A. G. Comfort against the Illinois Central Railroad Company. Judgment for plaintiff, and defendant brings error. Affirmed. Edw. Mayes, of Jackson, Miss., for plaintiff in error. Marcellus Green and Garner W. Green, both of Jackson, Miss., for defendant in error. Before PARDEE, Circuit Judge, and SHEPPARD and FOSTER, District Judges.

PER CURIAM. A majority of the judges being of opinion that this case was correctly ruled in the court below, the judgment of the District Court is affirmed.

---

McCASLAND et al. v. TEXAS & P. RY. CO. (Circuit Court of Appeals, Fifth Circuit. December 1, 1913.) No. 2508. In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge. Action at law by J. N. and Ortelle McCasland against the Texas & Pacific Railway Company. Judgment for defendant, and plaintiffs bring error. Affirmed. Thos. W. Davidson and P. O. Beard, both of Marshall, Tex., for plaintiffs in error. W. T. Armistead, of Jefferson, Tex., and F. H. Pren-